# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 15, 2023

## NO. 03-23-00728-CV

**Nelson Partners, LLC; Nelson Brothers Property Management, Inc. d/b/a Nelson Partners Property Management, Inc.; NP Skyloft Equity IB; and Patrick Nelson, Appellants**

**v.**

**Burgundy 523 Offshore Fund, LTD; Axonic Special Opportunities SBL Master Fund, LP; Axonic Credit Opportunities Master Fund, LP; TCG Skyloft Owner, LLC; and Does 1-10, Appellees**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment signed by the trial court on September 26, 2023. Having reviewed the record, the Court holds that Nelson Partners, LLC; Nelson Brothers Property Management, Inc. d/b/a Nelson Partners Property Management, Inc.; NP Skyloft Equity IB; and Patrick Nelson have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.